IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-000295-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES MICHAEL CRUZ,

        Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce JAMES MICHAEL CRUZ,

D.O.B. 1986, Booking No. 0600015219 before a United States Magistrate Judge

forthwith for proceedings and appearances upon the charges in the Indictment, and to

hold him at all times in the United States Marshal's custody as an agent of the United

States of America until final disposition of the defendant's case, and thereafter to return

the defendant to the institution where he is now confined.

SO ORDERED this _13th_ day of _October_ , 2006.

_Boyd N. Boland_
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO