IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-000295-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES MICHAEL CRUZ,

      Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, November 17, 2006,** and responses to these motions shall be filed by **Thursday, November 30, 3006**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, December 7, 2006 at 4:30 p.m.**  It is

FURTHER ORDERED that a four-day jury trial is set to commence on **Monday, December 18, 2006 at 9:00 a.m.**

Dated:  October 30, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge