IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-000295-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMES MICHAEL CRUZ,

       Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     A Sentencing hearing is set for **Wednesday, May 30, 2007, at 10:00 a.m., in Courtroom A-1002.**

     **All motions for downward departure shall be filed not later than seven (7) days prior to the date of sentencing.  Any motion including Motions for acceptance of responsibility and motions to dismiss counts/indictment, and proposed orders shall be filed not later than seventy-two (72) hours prior to the date of sentencing.**  Proposed orders shall also be electronically submitted to the chambers e-mail account.  This deadline does not in any way alter or affect deadlines for the filing of objections or other pleadings established pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

     This is especially critical during the period from January to May, 2006 as the Court will be involved in a lengthy criminal trial.  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  February 23, 2007